UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**V.S.**                                            **CRIMINAL ACTION NO.  3:07CR-23-R**

**STANLEY B. RANDOLPH**                                            **DEFENDANT**

<u>REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN A FELONY CASE</u>

   This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant, by consent and with Scott T. Wendelsdorf, Federal Defender, appeared before me on September 6, 2007, and entered pleas of guilty as to Counts 1 through 38 of the Indictment pursuant to a Rule 11 (c)(1)(B) plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 through 38 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such an offense.  I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant shall remain under the terms and conditions of his present bond for his appearance at sentencing before the District Court.

Official Court Reporter: Alan Wernecke

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 25